# Court of Appeals
# of the State of Georgia

ATLANTA,  August 11, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1543. INLAND FRESH SEAFOOD CORPORATION OF AMERICA, INC. v. TOP QUALITY RECRUITMENT, INC.**

Upon consideration of the above-styled case, the appeal is thereby DISMISSED as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/11/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*